# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
### 1:17 cv 268

| | |
|---|---|
| **TERRA WEAVER and DAVID LE,** individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **EQUIFAX, INC.,** <br><br> Defendant. | **ORDER** |

Pending before the Court is Defendant's Unopposed Motion to Stay [# 5]. After reviewing the motion, the Court finds good cause to grant a stay. Therefore, the Court **GRANTS** the motion [# 5]. All proceedings and deadlines are stayed until the Judicial Panel on Multidistrict Litigation resolves the Motions for Consolidation and Transfer Under 28 U.S.C. § 1407, filed in *In re: Equifax, Inc., Customer Data Security Breach Litigation*, MDL No. 2800 (J.P.M.L. Sept. 11, 2017).

Signed: December 7, 2017

Dennis L. Howell
United States Magistrate Judge