# U.S. District Court
## Western District of North Carolina (Asheville)
## CIVIL DOCKET FOR CASE #: 1:17–cv–00268–MOC–DLH

Weaver et al v. Equifax, Inc.
Assigned to: District Judge Max O. Cogburn, Jr
Referred to: Magistrate Judge Dennis Howell
Demand: $5,000,000
Cause: 28:1332 Diversity–Breach of Fiduciary Duty

Date Filed: 09/27/2017
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Terra Weaver**
*individually and on behalf of all others*
*similarly situated*

represented by **Katherine Langley**
Burt Langley, P.C.
149 South Lexington
Asheville
Asheville, NC 28801
828–367–7090
Fax: 8283188899
Email: klangley@burtlangley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Le**
*individually and on behalf of all others*
*similarly situated*

represented by **Katherine Langley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Equifax, Inc.**

represented by **Chelsea Corey**
King & Spalding
100 N. Tryon Street. Suite 3900
Charlotte, NC 28203
704–503–2575
Email: ccorey@kslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/27/2017 | 1 | COMPLAINT against Equifax, Inc. with Jury Demand ( Filing fee $ 400 receipt number 0419–3468547), filed by Terra Weaver, David Le. (Attachments: # 1 Exhibit)(Langley, Katherine) Modified text on 9/27/2017 to correct name of whom Complaint is against, changed from "All Plaintiffs" to "Equifax, Inc." NEF Regenerated. (ejb) (Entered: 09/27/2017) |
| 09/27/2017 | | Case assigned to District Judge Max O. Cogburn, Jr. and Magistrate Judge Dennis Howell. Notice: You must click this link to retrieve the **Case Assignment Packet**. *This is your only notice – you will not receive a separate document.* (ejb) (Entered: 09/27/2017) |

| 09/28/2017 | 2 | Summons Issued Electronically as to Equifax, Inc. **NOTICE: Counsel shall print the summons and serve with other case opening documents in accordance with Fed.R.Civ.P.4** . (ejb) (Entered: 09/28/2017) |
|---|---|---|
| 10/03/2017 | 3 | AFFIDAVIT of Service filed by Terra Weaver, David Le. Equifax, Inc. served on 9/29/2017, answer due 10/20/2017. (Langley, Katherine) (Entered: 10/03/2017) |
| 10/18/2017 | 4 | NOTICE of Appearance by Chelsea Corey on behalf of Equifax, Inc. (Corey, Chelsea) (Entered: 10/18/2017) |
| 10/18/2017 | 5 | Unopposed MOTION to Stay by Equifax, Inc.. Responses due by 11/1/2017 plus an additional 3 days if served by mail (Attachments: # 1 Proposed Order)(Corey, Chelsea). Motions referred to Dennis Howell. (Entered: 10/18/2017) |
| 12/07/2017 | 6 | **ORDER granting 5 Motion to Stay all proceedings and deadlines are stayed until Judicial Panel on MDL resolves Motions for Consolidation and Transfer Under 28 U.S.C. § 1407, filed in In re: Equifax, Inc., Customer Data Security Breach Litigation, MDL No. 2800. Signed by Magistrate Judge Dennis Howell on 12/07/2017. (ejb)** (Entered: 12/07/2017) |
| 12/27/2017 | 7 | **Transfer Order of Judicial Panel MDL transferring case to District of Georgia Northern, MDL# 2800. Matter transferred for coordinated or consolidated pretrial proceedings. Case electronically transferred to District of Georgia Northern. Original electronic file and docket sheet sent. (tmg)** (Entered: 12/27/2017) |